**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| XTO Energy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Schmidt, | ) | |
| | ) | Case No.  4:09-cv-066 |
| Defendant. | ) | |

_____

On November 2, 2009, the court entered an Order Granting Preliminary Injunction.  In so doing it granted the Defendant until November 30, 2009, in which to answer or otherwise respond to the Plaintiff's complaint.  In anticipation of this deadline to answer, the undersigned shall conduct a telephonic status conference with the parties on November 10, 2009, at 10:00 a.m. CST.  The court shall initiate the call.  Prior to the conference, the Defendant is to provide the court with a telephone number at which he can be reached.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2009.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge