# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| XTO Energy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Schmidt, | ) | |
| | ) | Case No. 4:09-cv-066 |
| Defendant. | ) | |

_____

The court conducted a status conference in the above-captioned action on November 10, 2009.  Attorney Lawrence Bender appeared on the Plaintiff's behalf.  The Defendant appeared *pro se.*  Pursuant to the parties discussions, the court **ORDERS** that the Defendant shall have until December 31, 2009, to file an answer or otherwise respond to the Plaintiff's complaint in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2010.

*/s/ Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge