**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| XTO Energy, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kenneth Schmidt, | ) | |
| | ) | Case No. 4:09-cv-066 |
| Defendant. | ) | |

_____

The undersigned shall conduct a telephonic status conference with the parties on January 27, 2010, at 10:00 a.m. CST. The court shall initiate the call.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2010.

>        _/s/  Charles S.  Miller, Jr._
>        Charles S.  Miller, Jr.
>        United States Magistrate Judge